UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRIAN WHITAKER,

         Plaintiff,

    v.

JOHN'S OF WILLOW GLEN INC.,

         Defendant.

Case No.  21-cv-04850-RS

**STANDBY ORDER OF DISMISSAL**

      The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **February 10, 2022**.  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **February 17, 2022, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this Order may result in dismissal of the case.

      **IT IS SO ORDERED.**

Dated:  December 2, 2021

_____
Richard Seeborg
Chief United States District Judge

United States District Court
Northern District of California